UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SYRENTHIA DYSART,**

      **Plaintiff,**

v.                         Case No: 8:13-cv-2499-MSS-EAJ

**PALMS OF PASADENA HOSPITAL, LP,**

      **Defendant.**

_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

      COMES NOW, the parties by and through their counsel, pursuant to Local Rule 3.08(a), and advise the Court that the parties have reached an amicable settlement of this matter. Upon finalization of the settlement documents, the parties will file a Stipulation for Dismissal with Prejudice with the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert W. Horton | /s/ Ryan D. Barack |
| Robert W. Horton (TN Bar No.: 017417) | Ryan D. Barack |
| L. Lymari Cromwell (TN Bar No.: 27405) | Michelle Erin Nadeau |
| Bass, Berry & Sims, PLC | Kwall, Showers, & Barack, P.A. |
| 150 Third Avenue South, Suite 2800 | 133 North Fort Harrison Avenue |
| Nashville, Tennessee 37201 | Clearwater, Florida 33755 |
| Telephone: (615) 742-7708 | rbarack@ksblaw.com |
| Facsimile: (615) 742-2799 | mnadeau@ksblaw.com |
| bhorton@bassberry.com | |
| lcromwell@bassberry.com | Ronald L. Nelson, P.A. |
| Admitted *Pro Hac Vice* | 1247 First Avenue North |
| | St. Petersburg, Florida 33705 |
| *Trial Counsel for Defendant* | ron@ronnelsonlaw.com |
| | |
| John M. Finnigan (FL Bar No.: 0972363) | *Counsel for Plaintiff* |
| Finnigan Law Firm, PA | |
| 1700 Maitland Avenue | |
| Maitland, Florida 32751 | |

Telephone: (407) 478-3700
Facsimile:   (407) 478-6999
John@Finniganlaw.com

*Local Counsel for the Defendant*