**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **SYRENTHIA DYSART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NO.** |
| v. ) | **8:13-cv-02499-MSS-EAJ** |
| ) | |
| **PALMS OF PASADENA HOSPITAL, LP,** ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

The parties jointly apprise the Court that this matter has been resolved. Pursuant to Fed. R. Civ. P. 41, the parties are in agreement that this matter be dismissed with prejudice. Further, the parties agree to bear their own attorneys' fees and discretionary costs.

Respectfully submitted,

*s/ Ryan D. Barack*
Ryan D. Barack
Michelle Erin Nadeau
Kwall, Showers, & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755
rbarack@ksblaw.com
mnadeau@ksblaw.com

Ronald L. Nelson, P.A.
1247 First Avenue North
St. Petersburg, Florida 33705
ron@ronnelsonlaw.com

*Attorneys for Plaintiff*

*s/ Robert W. Horton*
Robert W. Horton (Tennessee Bar No.: 017417)
L. Lymari Cromwell (Tennessee Bar No.: 27405)
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 742-7708
Facsimile: (615) 742-2799
bhorton@bassberry.com
lcromwell@bassberry.com
Admitted *Pro Hac Vice*

*Trial Counsel for Defendant*

John M. Finnigan (Florida Bar No.: 0972363)
Finnigan Law Firm, PA
1700 Maitland Avenue
Maitland, Florida 32751
Telephone: (407) 478-3700
Facsimile: (407) 478-6999
John@Finniganlaw.com

*Local Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan D. Barack
Michelle Erin Nadeau
Kwall, Showers, & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755
rbarack@ksblaw.com
mnadeau@ksblaw.com

Ronald L. Nelson, P.A.
1247 First Avenue North
St. Petersburg, Florida 33705
ron@ronnelsonlaw.com

*s/ Robert W. Horton*
Robert W. Horton